AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00199 |
| Brian McCreary | ) | Assigned to: Judge Harvey, G. Michael |
| DOB: XXXXXX | ) | Assign Date: 2/3/2021 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 18 U.S.C. § 1752(a)(2) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 40 U.S.C. § 5104(e)(2)(D) | Violent Entry and Disorderly Conduct on Capitol Grounds, |
| 40 U.S.C. § 5104(e)(2)(E) | Violent Entry and Disorderly Conduct on Capitol Grounds, |
| 40 U.S.C. § 5104(e)(2)(G) | Violent Entry and Disorderly Conduct on Capitol Grounds. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Emily Eckert, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 02/03/2021

*Judge's signature*

City and state: Washington, D.C.        G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*